**MINORITY TELEVISION PROJECT, INC., Plaintiff–Appellant,**

v.

**FEDERAL COMMUNICATIONS COMMISSION; United States of America, Defendants–Appellees,**

and

**Lincoln Broadcasting Company, Intervenor.**

No. 09–17311.

United States Court of Appeals, Ninth Circuit.

Nov. 21, 2012.

John L. Fitzgerald, Andrew A. August, Pinnacle Law Group, San Francisco, CA, Walter Elmer Diercks, Esquire, Rubin, Winston, Diercks, Harris & Cooke, LLP, Washington, DC, for Plaintiff–Appellant.

Samantha Lee Chaifetz, James J. Fredericks, Robert Nicholson, Mark B. Stern, Abby Christine Wright, U.S. Department of Justice, Daniel M. Armstrong, III, Associate General Counsel, William H. Davenport, Joel Marcus, Kenneth M. Scheibel, Pamela L. Smith, Federal Communications Commission, Washington, DC, Melissa Katherine Brown Sladden, Assistant U.S., Office of the U.S. Attorney, San Francisco, CA, for Defendants–Appellees.

D.C. No. 3:06–cv–02699–EDL.

### ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Fed. R.App. P. 35(a) and Circuit Rule 35–3. The three-judge panel opinion shall not be

cited as precedent by or to any court of the Ninth Circuit.